IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL, INC., | § § § § | |
| Plaintiff, | § | |
| v. | § § | CASE NO. 3:17-cv-1390-M |
| MEK CHEMICAL CORPORATION and RHINO LININGS CORPORATION, | § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey M. Tillotson, Jonathan R. Patton, and J. Austen Irrobali file this Notice of Appearance for Defendants MEK Chemical Corporation and Rhino Linings Corporation in the above-styled and numbered cause of action.  Please direct all correspondence and other communications to the address below:

Jeffrey M. Tillotson
Texas Bar No. 20039200
Jonathan R. Patton
Texas Bar No. 24088198
J. Austen Irrobali
Texas Bar No. 24092564
TILLOTSON LAW
1807 Ross Avenue, Suite 325
Dallas, Texas  75201
(214) 382-3041 Telephone
(214) 292-6564 Facsimile
Email:  jtillotson@tillotsonlaw.com
            jpatton@tillotsonlaw.com
            airrobali@tillotsonlaw.com

DATED:  October 30, 2019                    Respectfully submitted,

/s/ Jeffrey M. Tillotson
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Jonathan R. Patton
Texas Bar No. 24088198
jpatton@tillotsonlaw.com
J. Austen Irrobali
Texas Bar No. 24092564
airrobali@tillotsonlaw.com
**TILLOTSON LAW**
1807 Ross Avenue, Suite 325
Dallas, Texas  75201
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

Peter S. Vogel (pvogel@foley.com)
Texas Bar No. 20601500
Terrell R. Miller (tmiller@foley.com)
Texas Bar No. 24046446
FOLEY GARDERE
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

Jerry C. Alexander
Texas Bar No. 00993500
James F. Adams
Texas Bar No. 00863450
PASSMAN & JONES
1201 Elm Street, Suite 2500
Dallas, TX 75270-2599
Telephone: (214) 742-2121
Facsimile: (214) 748-7949
alexanderj@passmanjones.com
jimadams@passmanjones.com

**ATTORNEYS FOR DEFENDANTS
MEK CHEMICAL CORPORATION AND RHINO
LININGS CORPORATION**

2

**CERTIFICATE OF SERVICE**

     I certify that a true and correct copy of the above and foregoing was served upon all counsel herein by ECF on October 29, 2019.

                                                   */s/ Jeffrey M. Tillotson*
                                                   Jeffrey M. Tillotson